No. 893. MIRANDA *v.* COMMISSION OF INVESTIGATION OF THE STATE OF NEW YORK;

No. 935. RICCOBONO *v.* COMMISSION OF INVESTIGATION OF THE STATE OF NEW YORK; and

No. 940. CASTELLANO *v.* COMMISSION OF INVESTIGATION OF THE STATE OF NEW YORK. Court of Appeals of New York. Certiorari denied. *Harris B. Steinberg* for petitioner in No. 893. *Joseph E. Brill* and *Nicholas P. Iannuzzi* for petitioner in No. 935. *Osmond K. Fraenkel* for petitioner in No. 940. *Eliot H. Lumbard, Nathan Skolnik* and *Arnold M. Weiss* for respondent.

No. 922. MARCHESE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 924. REDDICK *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. *Joseph C. Turco* and *Norman S. Bowles, Jr.* for petitioner. *C. Ferdinand Sybert,* Attorney General of Maryland, and *Joseph S. Kaufman,* Assistant Attorney General, for respondent.

No. 937. POWELL *v.* THE WASHINGTON POST CO. ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Diana K. Powell,* petitioner, *pro se. George Blow* for The Washington Post Company, and *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Stuart Rothman* for the Secretary of Labor, respondents.